## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MISTY SCHLESINGER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO.   15-1129-SCW |
| | ) |
| **RANDOLPH COUNTY, ILLINOIS, and** | ) |
| **MICHAEL HOELSCHER,** | ) |
| | ) |
| **Defendant(s).** | ) |

### JUDGMENT IN A CIVIL CASE

This case is dismissed with prejudice in accordance with Order entered by Magistrate Judge Stephen C. Williams on July 7, 2016 (Doc. 25).

**DATED** this 7th day of July, 2016

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
       **Deputy Clerk**

Approved by   */s/ Stephen C. Williams*
       **United States Magistrate Judge**
       **Stephen C. Williams**